AUSA: Jihan Williams                          Telephone: (313) 226-9520
AO 91 (Rev. 11/11)  Criminal Complaint        Special Agent:  ☑ Brian W. Sams          Telephone:  (313) 264-4000

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
George WALLACE

Case No.

Case: 2:22−mj−30318
Assigned To : Unassigned
Assign. Date : 7/27/2022
Description: RE: GEORGE
WALLACE (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 27, 2022 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841,846 | Conspiracy to distribute controlled substances |
| 18 USC 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Brian W. Sams
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 27, 2022 _____

_____
Judge's signature

City and state: __ Detroit, MI _____

David R. Grand, Unites States Magistrate Judge
_____
Printed name and title

## Affidavit in Support of a Criminal Complaint

The affiant, Brian W. Sams, being duly sworn, deposes and states as follows:

## INTRODUCTION

1.      I submit this affidavit in support of a criminal complaint charging George WALLACE with conspiracy to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1), and 846. As explained in more detail below, DEA Detroit is investigating WALLACE and the residences of 18950 Robson, Detroit, Michigan; 13539 Wisconsin Street, Detroit, Michigan and 20640 Knob Woods, Southfield, Michigan for drug trafficking offenses. On the morning of July 27, 2022, DEA executed federal search warrants at these locations.

2.      I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7).  I am a Special Agent of the United States Drug Enforcement Administration (DEA) and have been so since July 2016, currently assigned to Group 2.  Prior to my employment with the DEA, from April 2009 to March 2016, I was employed with the United States Border Patrol.  While with the Border Patrol, I held the position of Border Patrol Agent in Sonoita, Arizona; and from July 2014 to March 2016, I was detailed to the DEA Tucson District Office, Tucson, Arizona as a Task Force Agent.

3.      My official duties include investigating criminal violations of the

1

federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846, and 848. I have received special training in the enforcement of laws concerning controlled substances found in Title 21 of the United States Code. Some of the specialized training I have received includes, but not limited to, classroom instruction concerning narcotics smuggling, money laundering investigations, conspiracy, and complex investigations. I have been involved with various types of electronic surveillance, including the interception of wire communications, as well as debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, the laundering and concealing of proceeds from drug trafficking.

4.     I have conducted and participated in numerous investigations as a DEA Special Agent and formerly as USBP Task Force Agent assigned to the DEA that have resulted in the seizure of marijuana, prescription pills, synthetic drugs, cocaine, methamphetamine and heroin. I am familiar with and have participated in all of the normal methods of investigation, including but not limited to undercover, visual and video surveillance, questioning of witnesses, controlled deliveries, use of search and arrest warrants, management and use of informants, and electronic intercepts.

5.     This affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant. Therefore, this affidavit does not contain every fact

2

that I have learned during the course of the investigation.  The affidavit sets forth

only those facts necessary to establish probable cause to believe that WALLACE

has violated 21 U.S.C, Sections 841(a)(1), and 846, and felon in possession of a

firearm, 18 U.S.C. Section 922(g)(1).

6.     I make this affidavit from personal knowledge based on my

participation in this investigation, including reports from other law enforcement

agents, communications with others who have personal knowledge of the events

and circumstances described herein, and information gained through my training

and experience.

## **PROBABLE CAUSE**

7.     During this investigation, DEA Detroit identified George WALLACE

as a suspected drug trafficker and he has been observed at the following:

residences of 18950 Robson Street, Detroit, Michigan; 13539 Wisconsin Street,

Detroit, Michigan and 20640 Knob Woods, Apt 211, Detroit, Michigan.  On July

26, 2022, Honorable United States Magistrate Judge David R. Grand authorized

search warrants for the three locations. On July 27, 2022, DEA executed the search

warrants on the three locations. During the search of 18950 Robson, Detroit,

Michigan, DEA located an estimated 2-2.5 kilograms of suspected fentanyl an AR

style rifle and a pistol in the basement of the residence in a closet. The drugs were

located in the ceiling rafters, hidden. The guns were located in a suitcase in the

same closet.

8.     An interview of the occupants of the residence stated that WALLACE comes over and goes downstairs to use the restroom and leaves. The occupants stated that WALLACE would knock on the window and then they would let him in.  The occupants further stated that they (the occupants) go into the basement to do laundry and get food out of the freezer (the freezer had food).  The only other persons who has access to the basement is a female family member who is known to utilize the laundry and freezer. The occupants indicated that they were unaware of any drugs or guns in the residence.  Drugs and guns pictured below:





9.      During the search of 13539 Wisconsin Street, Detroit, Michigan

agents located and seized a document in the name of George (an invoice), two

pistols and another approximately half kilogram of fentanyl matching the fentanyl

located at 18950 Robson, pictured below:





10.     During the search of 20640 Knob Woods, Apt 211, Southfield,

Michigan agents located a pistol in the master bedroom closet, 14 pill bottles in the

name of WALLACE in the bedroom in a nightstand. Agents also located, male and

female clothing inside the residence including the closet where the firearm was

located.  Law enforcement found and seized FedEx mail in the kitchen on the

counter addressed to WALLACE.

11.     Based on my training and experience, I believe that the substance

shown in the photographs are fentanyl. Given the type of packaging, the substance

pressed into bricks, "kilos" and smaller amounts packaged into baggies, consistent

7

with drug trafficking and the substance consistency furthers this belief.

12.     I am also aware that WALLACE has a felony conviction from 1998 involving drug trafficking, which resulted in 1-year probation. I am also aware that felons are advised that they are not to be in possession of firearms after the conviction. Firearms were located at all locations.

13.     WALLACE has a conviction for Attempt – Felony Controlled Substance – Del / Mfg (cocaine, heroin or another narcotic) Less than 50 grams – plead guilty, 1 year probation.

## **CONCLUSION**

14.     Based on the information in this complaint, I believe that probable cause exists that WALLACE committed Conspiracy to Distribute Controlled Substance, in violation of Title 21, United States Code, Sections 841 and 846 and possession of a firearm by a felon in violation of Title 18, United States Code Section 922(g)(1).

_____
Brian W. Sams
Special Agent, DEA

                                                        ^ and/or by reliable electronic means
Sworn and subscribed before me on this
_____ day of July 27, 2021.

  July 27, 2022

8

Honorable David R. Grand
United States Magistrate Judge
Eastern District of Michigan